JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ROMERO, ) | |
| ) | Case No. 3:14-cv-02046-RS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE SUMMARY JUDGMENT** |
| ) | **MOTION** |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to November 22, 2014, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel recently experienced health problems that caused a backlog in her workload.

**Romero  v. Colvin**                                                                        **Stipulation and ~~Proposed~~ Order**
**E.D. Cal. 3:14-cv-02046-RS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                Respectfully submitted,

Date:  October 17, 2014        JACQUELINE A. FORSLUND
                                          Attorney at Law

                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff

Date:  October 17, 2014        BENJAMIN J. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          */s/\*Patrick William Snyder*
                                          PATRICK WILLIAM SNYDER
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant

                                          ORDER

APPROVED AND SO ORDERED

DATED:  10/31/14                        _____
                                          HON.  RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE