UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ROMERO,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 14-cv-02046-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to both parties' consent, the Court hereby refers this matter to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED**.

Dated: December 19, 2014

_____
RICHARD SEEBORG
United States District Judge