UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURA ROMERO,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

Case No.  14-cv-02046-MEJ

**ORDER CONTINUING DEADLINE RE: STATEMENTS OF FACTS**

On December 24, 2014, the Court issued a scheduling order regarding the deadline for the parties to meet and confer and file either a joint or separate statement(s) of facts. Dkt. No. 21. Given the stipulated order continuing the briefing deadlines in this case, (Dkt. No. 25), the Court CONTINUES the meet and confer deadline to February 6, 2015.  If the parties are able to agree on a joint statement of facts, the statement shall be signed by both parties and filed at the same time Defendant files her cross-motion.  If the parties are unable to agree on a joint statement of facts, Plaintiff shall file her separate statement by February 13, 2015.

**IT IS SO ORDERED.**

Dated: January 15, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge